IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.      § | CRIMINAL CASE NO. 1:17-CR-34 |
| § | |
| MARTIN GUTIERREZ § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
ON DEFENDANT'S COMPETENCY**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. Judge Giblin conducted a hearing to determine defendant's competency. After considering the psychological examiner's findings, Judge Giblin filed his report and recommendation on defendant's competency to proceed. Judge Giblin concluded that the defendant is competent pursuant to 18 U.S.C. § 4241.

The parties do not object to the magistrate judge's findings and recommendation. The defendant filed a notice of no objection [Clerk's Doc. No. 68]. The Government also confirmed tin writing that it has no objections. The Court therefore **ORDERS** that the report and recommendation on the defendant's competency to proceed [Clerk's Doc. No. 67] is **ADOPTED.** The Court further **ORDERS** and **FINDS** that, in accordance with the magistrate judge's recommendation and the examiner's report, defendant, Martin Gutierrez, is competent to proceed pursuant to Title 18, United States Code, Section 4241.

**SIGNED** this the **16** day of **December, 2020.**

_____
Thad Heartfield
United States District Judge