UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 1:17-CR-34 |
| | § | |
| MARTIN GUTIERREZ | § | |

## ORDER ADOPTING
## FINDINGS OF FACT AND RECOMMENDATION ON PLEA OF TRUE

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the defendant's plea of true. The magistrate judge recommended that the Court revoke the defendant's supervised release and impose a term of imprisonment for the revocation. The parties agreed to the recommended sentence.

The parties filed notices indicating that they have no objections to the recommended sentence (doc. #73, doc. #74). The Court **ORDERS** that the findings of fact and recommendation on plea of true (doc. #72) are **ADOPTED** and the defendant's supervised release is revoked. Pursuant to Judge Giblin's recommendation, the Court **ORDERS** the defendant, Martin Gutierrez, to serve a term of five (5) months imprisonment, with credit for time served and no further supervised release.

**SIGNED** this the 11 day of **January, 2021.**

_____
Thad Heartfield
United States District Judge